John A. Graham, Appellant, vs. J. J. Dunne, Appellee.

DIVISION B.

Appeal from Circuit Court, Pasco county; Barron Phillips, Judge.

*H. L. Anderson,* for Appellant.

*L. G. Starbuck,* for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.